■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH MCFADDEN, Appellant. [696 NYS2d 847] —Appeal by the defendant from a judgment of the County Court, Nassau County (Belfi, J.), rendered March 6, 1998, convicting him of grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People did not produce legally sufficient evidence at trial to prove that the value of the stolen jewelry was over $3,000 is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are without merit. S. Miller, J. P., Santucci, Sullivan and Florio, JJ., concur.